**SOLVAY SOLEXIS, INC.,**
**Plaintiff–Appellant,**

v.

**3M COMPANY, 3M Innovative Properties Company, and Dyneon LLC,**
**Defendants–Cross Appellants.**

**Nos. 2006–1513, 2006–1541.**

United States Court of Appeals,
Federal Circuit.

Oct. 4, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).